UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| INTERPIPE UKRAINE LLC AND <br> NORTH AMERICAN INTERPIPE, INC., <br>       Plaintiffs, <br>       v. <br> UNITED STATES, <br>       Defendant. | Court No. 22-00066 |

### STIPULATION FOR ENTRY OF JUDGMENT

Interpipe Ukraine LLC and North American Interpipe, Inc. (collectively, plaintiffs), and defendant, the United States, inform the Court that they have reached a settlement of the claims in this case.

Pursuant to the terms of the settlement, the Department of Commerce (Commerce) has agreed that (1) within 10 days of entry of judgment in accordance with the Stipulation For Entry Of Judgment, Commerce shall issue for publication in the *Federal Register* amended final results of the administrative review, setting the weighted-average dumping margin at 0.01 percent (*de minimis*) for Interpipe Europe S.A., Interpipe Ukraine LLC, PJSC Interpipe Niznedneprovsky Tube Rolling Plant (aka Interpipe NTRP), and LLC Interpipe Niko Tube for the period of review, and (2) within 15 days following *Federal Register* publication of Commerce's amended final results of the administrative review (that is, within 25 days of entry of judgment in accordance with the Stipulation For Entry Of Judgment dissolving the injunction currently prohibiting the liquidation of entries produced and/or exported by Interpipe Europe S.A., Interpipe Ukraine LLC, PJSC Interpipe Niznedneprovsky Tube Rolling Plant (aka Interpipe

NTRP), and LLC Interpipe Niko Tube during the review period), and in accordance with the amended final results of the administrative review, Commerce will issue instructions to U.S. Customs and Border Protection (CBP) in a form that has been agreed upon by Commerce and plaintiffs to liquidate entries produced and/or exported by Interpipe Europe S.A., Interpipe Ukraine LLC, PJSC Interpipe Niznedneprovsky Tube Rolling Plant (aka Interpipe NTRP), and LLC Interpipe Niko Tube at importer-specific per-unit assessment rates.

    Accordingly, the parties respectfully request that the Court enter judgment pursuant to the terms set forth in the attached Order Of Judgment By Stipulation.

                                                 Respectfully submitted,

                                                 /s/ H. Deen Kaplan
                                                 H. Deen Kaplan
                                                 Jared R. Wessel
                                                 Maria A. Arboleda
                                                 Gregory M.A. Hawkins

                                                 HOGAN LOVELLS US LLP
                                                 Columbia Square
                                                 555 Thirteenth Street, N.W.
                                                 Washington, DC 20004-1109
                                                 (202) 637-6634
                                                 deen.kaplan@hoganlovells.com

                                                 *Counsel for Interpipe Ukraine LLC and North American Interpipe, Inc.*

*Interpipe Ukraine LLC and North American Interpipe, Inc. v. United States,*
*Court No. 22-00066 (con't):*

                        BRIAN M. BOYTON
                        Principal Deputy
                        Assistant Attorney General

                        PATRICIA M. McCARTHY
                        Director

                        /s/Claudia Burke
                        CLAUDIA BURKE
                        Deputy Director

                        /s/Hardeep K. Josan
                        HARDEEP K. JOSAN
                        Trial Attorney
                        International Trade Field Office
                        Department of Justice, Civil Division
                        Commercial Litigation Branch
                        26 Federal Plaza, Room 346
                        New York, New York 10278
                        (212) 264-9245
                        hardeep.k.josan@usdoj.gov

                        *Counsel for Defendant United States*

May 1, 2024

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| INTERPIPE UKRAINE LLC AND NORTH AMERICAN INTERPIPE, INC., <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES, <br><br>Defendant. | Court No. 22-00066 |

## ORDER OF JUDGMENT BY STIPULATION

In view of the stipulation indicating that these cases have been settled, IT IS HEREBY ORDERED that:

1. All claims raised in Case No. 22-00066 are dismissed with prejudice;

2. The statutory injunction, ECF No. 13, in this case is dissolved;

3. Each party shall bear its own costs, expenses, and attorney fees; and

3. The Clerk of the Court shall enter judgment, accordingly.

_____
JUDGE

Dated: _____, 2024
   New York, NY